UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Shockey et al,<br><br>                              Plaintiff,<br>     v.<br><br>Advantage Financial Services, LLC,<br>                              Defendant. | Case No. 1:19-cv-00224-WBS<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON MAY 4, 2020.**

                                                                **Stephen W. Kenyon, Clerk of Court**

Entered: May 4, 2020

                                             By:    /s/ Sunny Trumbull

                                                           Deputy Clerk